ALEXANDER REISMAN
Law Office of Alexander Reisman
214 Duboce Ave.
San Francisco, CA 94103
*telephone*: (415) 508-0804
*fax*:        (415) 467-5067
*e-mail*: areisman@msn.com

AJ KUTCHINS
PO Box 5138
Berkeley, California 94705
(510) 841-5635
*fax*: (510) 841-8115
*e-mail*: ajkutchins@earthlink.net

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**RALPH INTERNATIONAL THOMAS,**

    **Petitioner,**

    vs.                                        No.   C 93-0616 MHP

**ROBERT AYERS, Acting Warden,**

    **Respondent.**

_____/

**STIPULATION AND ORDER REGARDING ENLARGEMENT OF TIME WITHIN WHICH TO FILE POST-EXHAUSTION PETITION (GUILT PHASE)**

The parties in the above-captioned action hereby stipulate that the time for filing the portion of Petitioner's Post-Exhaustion Petition pertaining to his guilt phase claims, which is now due on or before June 26, 2007, may be extended to August 26, 2007.

Dated: June 15, 2007                                  _____/s/_____
                                                                                 AJ KUTCHINS
                                                                                 Attorney for the Petitioner

Dated: June 15, 2007                                  _____/s/_____
                                                                                 DANE GILLETTE
                                                                                 Assistant Attorney General
                                                                                 Attorney for the Respondents

**ORDER**

Good cause appearing therefor, it is hereby ordered that the time for filing Appellant's Post-Exhaustion Petition (pertaining to his guilt phase claims) shall be and is extended to August 26, 2007.

Dated: June 20, 2007



Stip. & Order Extending Time for Petition          2

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: June 18, 2007                           _____/S/_____
                                               AJ KUTCHINS
                                               Attorney for the Petitioner