**FILED**

JUN 22 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH INTERNATIONAL THOMAS,<br><br>Petitioner,<br><br>v.<br><br>ROBERT L. AYERS, Acting Warden of California State Prison at San Quentin<br><br>Respondent. | No. C 93-0616 MHP<br><br>**ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME** |

The parties have stipulated to extend time for Petitioner to file his post-exhaustion petition. (Docket No. 203.) Pursuant to stipulation, the request for an extension of time is granted.

Petitioner shall file an amended petition addressing guilt phase claims by August 27, 2007, without prejudice to filing an amended petition addressing penalty phase claims at a later date.

Respondent shall file an answer addressing Petitioner's guilt phase claims by September 28, 2007. Respondent shall concurrently file a request for a case management conference pursuant to Habeas Corpus Local Rule 2254-29.

The case management conference currently set for September 24, 2007 is hereby vacated.

IT IS SO ORDERED.

DATED: June 21, 2007

MARILYN HALL PATEL
United States District Judge

Thomas 93-0616 MHP\EOT.order.frm