ALEXANDER REISMAN
Law Office of Alexander Reisman
214 Duboce Ave.
San Francisco, CA 94103
*telephone*:  (415) 508-0804
*fax*:            (415) 467-5067
*e-mail*: areisman@msn.com

AJ KUTCHINS
PO Box 5138
Berkeley, California  94705
(510) 841-5635
*fax*: (510) 841-8115
*e-mail*: ajkutchins@earthlink.net

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**RALPH INTERNATIONAL THOMAS,**

   **Petitioner,**

   vs.                                                                No.   C 93-0616 MHP

**ROBERT AYERS, Acting Warden,**

   **Respondent.**
   _____/

**STIPULATION AND ORDER REGARDING ENLARGEMENT OF TIME WITHIN WHICH TO FILE POST-EXHAUSTION PETITION (GUILT PHASE)**

The parties in the above-captioned action hereby stipulate that the time for filing the portion of Petitioner's Post-Exhaustion Petition pertaining to his guilt phase claims, which is now due on or before August 27, 2007, may be extended to September 27, 2007.

Dated: August 15, 2007                                       _____/s/_____
                                                                              AJ KUTCHINS
                                                                              Attorney for the Petitioner

Dated: August 15, 2007                                       _____/s/_____
                                                                              DANE GILLETTE
                                                                              Assistant Attorney General
                                                                              Attorney for the Respondents

Stip. & Order Extending Time for Petition

**ORDER**

Good cause appearing therefor, it is hereby ordered that the time for filing Appellant's Post-Exhaustion Petition (pertaining to his guilt phase claims) shall be and is extended to September 27, 2007.

Dated: __8/23/2007_____



Stip. & Order Extending Time for Petition         2

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: August 15, 2007                    _____/S/_____
                                          AJ KUTCHINS
                                          Attorney for the Petitioner