ALEXANDER REISMAN
Law Office of Alexander Reisman
214 Duboce Ave.
San Francisco, CA 94103
*telephone*:   (415) 508-0804
*fax*:          (415) 467-5067
*e-mail*: areisnman@msn.com

AJ KUTCHINS
PO Box 5138
Berkeley, California  94705
(510) 841-5635
*fax*: (510) 841-8115
*e-mail*: ajkutchins@earthlink.net
Attorneys for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH INTERNATIONAL THOMAS,**<br><br>      **Petitioner,**<br><br>   vs.<br><br>**ROBERT AYERS, Acting Warden,**<br><br>      **Respondent.**<br>_____/ | No.   C 93-0616 MHP |

**STIPULATION AND ORDER ENLARGING TIME WITHIN WHICH TO FILE POST-EXHAUSTION PETITION (GUILT PHASE)**

The parties in the above-captioned action hereby stipulate that the time for filing the portion of Petitioner's Post-Exhaustion Petition pertaining to his guilt phase claims, which is now due on or before October 29, 2007, may be extended to November 29, 2007. Respondent reiterates that he is presently unwilling to agree to any further extensions of time, but has accepted the representation of Petitioner's counsel that extraordinary circumstances warrant this extension.

Dated: October 19, 2007                                     _____/s/_____
                                                                              AJ KUTCHINS
                                                                              Attorney for the Petitioner


Dated: October 19, 2007                                     _____/s/_____
                                                                              GERALD ENGLER
                                                                              Senior Assistant Attorney General
                                                                              Attorney for the Respondent

Stip. & Order Extending Time for Petition

**ORDER**

Good cause appearing therefor, it is hereby ordered that the time for filing Appellant's Post-Exhaustion Petition (pertaining to his guilt phase claims) shall be and is extended to November 29, 2007.

Dated: 10/22/2007



IT IS SO ORDERED
Judge Marilyn H. Patel

Stip. & Order Extending Time for Petition                 2