ALEXANDER REISMAN
Law Office of Alexander Reisman
214 Duboce Ave.
San Francisco, CA 94103
*telephone*:   (415) 508-0804
*fax*:             (415) 467-5067
*e-mail*: areisnman@msn.com

AJ KUTCHINS
PO Box 5138
Berkeley, California  94705
(510) 841-5635
*fax*: (510) 841-8115
*e-mail*: ajkutchins@earthlink.net
Attorneys for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**RALPH INTERNATIONAL THOMAS,**

    **Petitioner,**

  vs.                                  No.   C 93-0616 MHP

**ROBERT AYERS, Acting Warden,**

    **Respondent.**
_____/

**STIPULATION AND ORDER ENLARGING TIME WITHIN WHICH TO FILE POST-EXHAUSTION PETITION (GUILT PHASE)**

    The parties in the above-captioned action hereby stipulate that the time for filing the portion of Petitioner's Post-Exhaustion Petition pertaining to his guilt phase claims, which is now due on or before November 29, 2007, may be extended to December 29, 2007. Respondent reiterates that he is presently disinclined to agree to any further extensions of time, but has accepted the representation of Petitioner's counsel that extraordinary circumstances of a personal and medical nature warrant this extension.

Dated: November 26, 2007                                 _____/S/_____
                                                                         AJ KUTCHINS
                                                                         Attorney for the Petitioner

Dated: November 26, 2007                                 _____/S/_____
                                                                         GERALD ENGLER
                                                                         Senior Assistant Attorney General
                                                                         Attorney for the Respondent

## ORDER

Good cause appearing therefor, it is hereby ordered that the time for filing Appellant's Post-Exhaustion Petition (pertaining to his guilt phase claims) shall be and is extended to December 29, 2007.

Dated: 11/27/2007



HON. MARILYN H. PATEL
United States District Judge

Stip. & Order Extending Time for Petition            2