IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**RALPH INTERNATIONAL THOMAS,**

Petitioner,

v.

**ROBERT L. AYERS, Jr., Warden,**

Respondent.

C 93-0616 MHP

**ORDER ENLARGING TIME WITHIN WHICH TO FILE ANSWER TO AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

Good cause appearing based on the parties' stipulation, it is ordered that the time for filing respondent's answer to the amended petition for writ of habeas corpus on guilt phase claims is extended to May 2, 2008.

DATED:    4/7/08

IT IS SO ORDERED

Judge Marilyn H. Patel

Order Enlarging Time Within Which To File Answer To Amended Petitionf Or Writ Of Habeas Corpus - C 93-0616 MHP

1