IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RALPH INTERNATIONAL THOMAS,　　　　　　No. C 93-0616 MHP

　　　　　Petitioner,　　　　　　　　　　　　**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

　　v.

ROBERT L. AYERS, Acting Warden of California State Prison at San Quentin

　　　　　Respondent.
_____/

　　　A case management conference shall be held in the above-mentioned matter at 3:00 p.m. on Monday, August 18, 2008, at 3:00 p.m. The parties shall file a joint statement proposing a litigation schedule for the resolution of petitioner's guilt phase claims ten days prior to the conference.

　　　IT IS SO ORDERED.

DATED: July 8, 2008

　　　　　　　　　　　　　　　　　　　　Marilyn Hall Patel
　　　　　　　　　　　　　　　　　　　　United States District Judge

N:\CASES\Thomas 93-616 MHP\CMC-order2.frm