1
2
3
4
5                          IN THE UNITED STATES DISTRICT COURT

6                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   RALPH INTERNATIONAL THOMAS,                    No. C 93-0616 MHP

9              Petitioner,                          **ORDER ENLARGING TIME FOR**
                                                    **FILING TRAVERSE AND OPPOSITION**
10     v.                                           **TO MOTION FOR PARTIAL**
                                                    **JUDGMENT ON THE PLEADINGS**
11  ROBERT L. AYERS, Acting Warden of              **REGARDING PROCEDURAL DEFAULT**
    California State Prison at San Quentin          **DEFENSE**
12
               Respondent.
13  _____/

14
15          Good cause appearing, it is hereby ordered that the time for filing petitioner's Traverse and

16  respondent's opposition to petitioner's Motion For Partial Judgment On The Pleadings Regarding

17  Procedural Default Defense is extended to January 8, 2009.  If petitioner elects to file a reply to the

18  opposition to his Motion For Partial Judgment, he shall do so by January 22, 2009.   The hearing

19  currently set for January 12, 2009, at 2:00 p.m. is vacated.  The Court shall reschedule a hearing if

20  necessary.

21          Additionally, the Court directs the parties to submit a copy of the transcript of the deposition

22  of James Burney Royster.  This transcript was an exhibit at the evidentiary hearing in state court,

23  where it was used in lieu of Royster's live testimony.  It does not however, appear to be part of the

24  record filed in this Court.

            IT IS SO ORDERED.
25
    DATED:  12/18/2008
26
27                                                  _____
                                                    Marilyn Hall Patel
28                                                  United States District Judge

United States District Court
For the Northern District of California