IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH INTERNATIONAL THOMAS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ROBERT K. WONG, Acting Warden of California State Prison at San Quentin,<br><br>　　　　Respondent.<br>_____ / | No. C 93-0616 MHP<br><br>ORDER RE PETITIONER'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS REGARDING PROCEDURAL DEFAULT DEFENSE |

　　　　On October 7, 2008, petitioner filed a Motion For Partial Judgment On The Pleadings Regarding Procedural Default Defense, alleging that he was entitled to judgment as a matter of law with regard to the respondent's procedural default defense relating to claims 3, 4, 9 and 11.  On January 22, 2009, respondent filed a Notice Of Withdrawal Of Procedural Default Defense, conceding that at the time that petitioner filed his state exhaustion petition, California's timeliness rule was not independent of federal law and withdrawing his allegations of default in relation to claims 3, 4, 9 and 11.

　　　　In light of respondent's withdrawal of his procedural default defense, the court denies petitioner's motion as moot.

　　　　IT IS SO ORDERED.

DATED: April 7, 2009

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Marilyn Hall Patel
　　　　　　　　　　　　　　　　　　　　　　United States District Judge