1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH INTERNATIONAL THOMAS,** | Case No. C930616MHP |
| Petitioner, | ~~**[PROPOSED]**~~ **ORDER SHORTENING TIME** |
| **v.** | |
| **ROBERT L. AYERS, Jr., Warden,** | |
| Respondent. | |

Pursuant to the stipulation of counsel and for GOOD CAUSE SHOWN, it is hereby ordered that time may be shortened as follows:

a.  Respondent's motion to stay the Court's order granting habeas and requiring retrial pending appeal of the order and petitioner's motion for release on his own recognizance pending the state's appeal shall be filed on or before October 16, 2009.

b.  Each party shall file opposition to the respective motion of the other party on or before October 23, 2009.

c.  Replies shall be waived.

d.  Hearing shall be held on Monday, November 2, 2009, at 2 p.m., in Courtroom No. 15.

Dated: ___ 10/16/2009 _____

_____
HON. MARILYN H. PATEL
United States District Judge

IT IS SO ORDERED

Judge Marilyn H. Patel

[Proposed] Order Shortening Time (C930616MHP)