ALEXANDER REISMAN
Law Office of Alexander Reisman
214 Duboce Ave.
San Francisco, CA 94103
*telephone*:   (415) 508-0804
*fax*:            (415) 467-5067
*e-mail*: areisnman@msn.com

AJ KUTCHINS
PO Box 5138
Berkeley, California  94705
(510) 841-5635
*fax*: (510) 841-8115
*e-mail*: ajkutchins@earthlink.net
Attorneys for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**RALPH INTERNATIONAL THOMAS,**

    **Petitioner,**

  vs.                        No.   C 93-0616 MHP

**ROBERT AYERS, Acting Warden,**

    **Respondent.**
_____/

**STIPULATION AND ORDER DIRECTING THAT ORIGINAL DECLARATION BE SEALED**

The parties in the above-captioned action hereby stipulate that the original, signed copy of the declaration of "Theresa Thomas _____" may be filed by the Clerk of the Court under seal.  A redacted version of said declaration, identical to the original in all respects except that the ("married") surname and the city of residence of the declarant were excised, has already been filed electronically with the Court.

Dated: October 18, 2009                            _____/S/_____
                                                                          AJ KUTCHINS
                                                                          Attorney for the Petitioner

Dated: October 21, 2009                            _____/S/_____
                                                                          GERALD ENGLER
                                                                          Senior Assistant Attorney General
                                                                          Attorney for the Respondent

**ORDER**

Good cause appearing therefor, it is hereby ordered that the original, signed "Declaration of Theresa Thomas _____" shall be filed under seal by the Clerk of the Court.

Dated: October 23, 2009

_____
HON. MARILYN HALL PATEL
United States District Judge